UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE COLLECTION, LLC, a Montana
limited liability company

       Plaintiff,

v.                                           Case No: 2:17-cv-348-FtM-38MRM

RACING X, LLC and JOSEPH
BIANCO,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendants Racing X, LLC, d/b/a Porsche of South Shore, and Joseph Bianco's Response to the Order to Show Cause. (Doc. 10). Defendants removed this case citing diversity jurisdiction as the basis for subject matter jurisdiction. (Doc. 1). But the Court directed them to show cause why it had jurisdiction because Plaintiff filed this case in state court over a year ago and Defendants failed to identify the domiciles of each member of the limited liability companies. (Doc. 9). Defendants now advise that they do not object to remanding this case to state court. Because the Court lacks subject matter jurisdiction, it will remand this case.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) The above-captioned case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(2) The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(3) The Clerk of Court is **DIRECTED** to terminate all pending motions and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of July 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record